# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1870. BENNETT v. NAJARIAN HOLDINGS, LLC. et al.

Nicole E. Bennett, the plaintiff in the underlying proceeding, filed a notice of appeal from the trial court's orders dismissing her claims against defendants Najarian Holdings, LLC and Freedom Mortgage Corporation.

We lack jurisdiction over the appeal because the trial court's orders did not dispose of all the claims between all the parties; Najarian Holdings' counterclaim against Bennett remains pending. "Unless summary judgment is granted on a claim (see OCGA § 9-11-56 (h)) or the matter is certified pursuant to OCGA § 9-11-54 (b), a direct appeal is premature and must be dismissed where a counterclaim remains pending in the court below. In light of [Najarian Holdings'] pending counterclaim, the trial court's judgment is interlocutory, and because [Bennett] filed a direct appeal, we have no jurisdiction to consider the matter." *Yates v. CACV of Colo., LLC*, 295 Ga. App. 69 (670 SE2d 884) (2008) (citations and punctuation omitted). Accordingly, this appeal is ***DISMISSED*** for lack of jurisdiction



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/14/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*